UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

STANLEY A. GEIST,

        Plaintiff,

  v.              ORDER
                  07-CV-65

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

        Defendant.

---

  This case was referred to Magistrate Judge H. Kenneth Schroeder, Jr., pursuant to 28 U.S.C. § 636(b)(1)(A). Plaintiff filed a Motion to recover attorneys' fees and costs from defendant. On November 29, 2010, Magistrate Judge Schroeder filed a Report and Recommendation, recommending that plaintiff's motion be granted.

  The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

  ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Schroeder's Report and Recommendation, plaintiff's motion for attorneys' fees and costs is granted.

  The Clerk of Court shall take all steps necessary to close the case.

SO ORDERED.

                                            *s/ Richard J. Arcara*
                                          HONORABLE RICHARD J. ARCARA
                                          UNITED STATES DISTRICT JUDGE

DATED: December 21, 2010